

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|                      |   |                             |
|----------------------|---|-----------------------------|
| DESTINY FERGUSON,    | § | No. 08-22-00070-CV          |
| Appellant,           | § | Appeal from the             |
| v.                   | § | 51st District Court         |
| DUSTIN LEE POLK,     | § | of Tom Green County, Texas  |
| Appellee.            | § | (TC# A190425AG)             |
|                      | § |                             |

**O R D E R**

The Court GRANTS the Appellant's third motion for extension of time within which to file the brief until **September 21, 2022**. NO FURTHER MOTIONS FOR EXTENSION OF TIME TO FILE THE APPELLANTS' BRIEF WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that the Hon. Rick Dunbar, the Appellant's attorney, prepare the Appellant's brief and forward the same to this Court on or before September 21, 2022.

IT IS SO ORDERED this 12th day of September, 2022.

PER CURIAM

Before Rodriguez, C.J., Palafox and Alley, JJ.